**O**

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE ROGLEIO MONCADA, | ) | CASE NO. ED CV 14-01308 CAS (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JOSE ROGLEIO MONCADA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 30, 2015

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE